# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-22-00156-CV

### S. B., J. B. and C. C., Appellants

### v.

### Texas Department of Family and Protective Services, Appellee

FROM THE 33RD DISTRICT COURT OF BLANCO COUNTY
NO. CV08888, THE HONORABLE J. ALLAN GARRETT, JUDGE PRESIDING

## O R D E R

PER CURIAM

Appellant C.C.'s brief was due, per court order, to be filed in this Court on or before June 6, 2022. On June 7, 2022, C.C. filed an unopposed motion for extension seeking a second extension of the briefing deadline, to wit, an additional 21 days to file her brief.

The rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order Angela Moore to file appellant's briefs no later than June 27, 2022. If the brief is not filed by that date, any counselor failing to file may be required to show cause why they should not be held in contempt of court.

It is ordered on June 9, 2022.

Before Chief Justice Byrne, Justices Kelly and Smith